IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CRUZ ALBERT SANTANA OTERO
GLORIBEL HERNANDEZ MOJICA

DEBTORS

CASE NO. 19-02940/ESL

CHAPTER 13

## MOTION REQUESTING ORDER OF APPROVAL
## RE: DEBTORS' INTENTION TO PARTICIPATE IN A LOAN MODIFICATION PROCESS THROUGH LOSS MITIGATION PROGRAM

TO THE HONORABLE COURT:

**NOW COME, CRUZ ALBERT SANTANA OTERO and GLORIBEL HERNANDEZ MOJICA**, the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On May 27, 2019, the Debtors filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§1301 et seq. The Debtors scheduled as one of their assets a real property located at Urb. Valle Los Prados G23 Tulipan Street Caguas, Puerto Rico. Said property has a lien with Banco Popular De Puerto Rico ("Banco Popular").

2. Due to Debtors' financial situation we are notifying this Honorable Court and all creditors of Debtors' intention to participate in a loan modification process through a loss mitigation program with secured creditor Banco Popular.

3. The Debtors hereby respectfully submit to the Court that they need the approval of this Honorable Court to continue the loan modification process through the loss mitigation program with Banco Popular. Once said modification is approved by the bank it will be submitted for evaluation to the Trustee in this case and to this Honorable Court for its approval.

**WHEREFORE** it is respectfully requested from this Honorable Court that an approval Order upon Debtors' intention to modify their mortgage loan through loss mitigation program be entered, in the above captioned case.

Page -2-
Debtor's Intention to Participate in Loss Mitigation Program
Case no. 19-02940/ESL13

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtors to their address of record and to all creditors and interested parties, in the above captioned case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 1st day of July, 2019.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing      Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
0104-3                                MOMA Funding LLC                    Sadino Funding LLC
Case 15-02053-BKT13                   PO Box 788                          PO Box 788
District of Puerto Rico               Kirkland, WA 98083-0788             Kirkland, WA 98083-0788
Old San Juan
Mon Jul  1 11:46:04 AST 2019
RELIABLE FINANCIAL SERVICES           US Bankruptcy Court District of P.R.   Department of Treasury
PO BOX 21382                          Jose V Toledo Fed Bldg & US Courthouse Bankruptcy Section (424)
SAN JUAN, PR 00928-1382               300 Recinto Sur Street, Room 109       P.O. Box 9024140
                                      San Juan, PR 00901-1964                San Juan PR 00902-4140


BANCO POPULAR                         BANCO POPULAR DE PR                 BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT                 GPO BOX 2708                        GPO BOX 3228
PO BOX 362708                         SAN JUAN, PR  00936-2708            San Juan, PR  00936-3228
SAN JUAN, PR  00936-2708


BANCO POPULAR DE PUERTO RICO          BANCO SANTANDER DE PR               CLARO
BANKRUPTCY DEPARTMENT                 PO BOX 362589                       PO BOX 360998
PO BOX 366818                         SAN JUAN, PR  00936-2589            SAN JUAN, PR  00936-0998
SAN JUAN PR 00936-6818


COMENITY BANK                         COMENITY BANK/PAC SUN               COMENITY CAPITAL/DAVIDS BRIDAL
BANKRUPTCY NOTICE                     995 W 122ND AVE                     PO BOX 182120
PO BOX 182273                         WESTMINSTER, CO 80234-3417          COLUMBUS, OH  43218-2120
COLUMBUS, OH  43218-2273


CRIM                                  DEPT OF EDU/NAVIENT                 DEPT OF EDUCATION/NAVIENT
PO BOX 195387                         PO BOX 9635                         PO BOX 9635
SAN JUAN, PR 00919-5387               WILKES BARRE, PA  18773-9635        WILKES BARRE, PA  18773-9635


EASTERN AMERICA INSURANCE CO          HOSPITAL UNIVERSITARIO              ISLAND FINANCE
PO 9023862                            AREA DE COBROS                      A DIVISION OF SANTANDER
SAN JUAN PR 00902-3862                PO BOX 2129                         PO BOX 71504
                                      SAN JUAN, PR  00922-2129            SAN JUAN, PR 00936-8604


JC PENNEY                             NAVIENT                             Navient Solutions Inc.
PO BOX 364788                         BANKRUPTCY NOTICING                 Department of Education Loan Services
SAN JUAN, PR  00936-4788              PO BOX 9500                         P.O. Box 9635
                                      WILKES BARRE, PA 18773-9500         Wilkes-Barre, PA 18773-9635


(p)ASCENDIUM EDUCATION SOLUTIONS INC  (p)PORTFOLIO RECOVERY ASSOCIATES LLC Quantum3 Group LLC as agent for
PO BOX 8961                           PO BOX 41067                        Comenity Bank
MADISON WI 53708-8961                 NORFOLK VA 23541-1067               PO Box 788
                                                                          Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for       SANTANDER FINANCIAL D/B/A ISLAND FINANCE   SYNCB/JC PENNEY
Comenity Capital Bank                 PO BOX 195369                              PO BOX 965007
PO Box 788                            SAN JUAN PR 00919-5369                     ORLANDO, FL  32896-5007
Kirkland, WA  98083-0788
```

```
SYNCHRONY BANK                        TREASURY SECRETARY                   United Student Aid Funds, Inc (USAF)
PO BOX 960061                         DEPARTAMENTO DE HACIENDA             PO Box 8961
ORLANDO, FL  32896-0061               P.O. BOX 9024140                     Madison WI 53708-8961
                                      SAN JUAN, PR  00902-4140


ALEJANDRO OLIVERAS RIVERA             LARADY LIZ RAMOS ORTIZ               MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    PO BOX 1193                          OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                        AGUAS BUENAS, PR 00703-1193          OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                    500 TANCA STREET  SUITE 301
                                                                           SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Navient Solutions, Inc. on behalf of USAF    Portfolio Recovery Associates, LLC    (d)RELIABLE FINANCIAL SERVICES, INC.
Attn: Bankruptcy Litigation Unit E3149       POB 12914                             P.O. BOX 21382
P.O. Box 9430                                Norfolk VA 23541                      SAN JUAN, PR  00928-1382
Wilkes-Barre, PA 18773-9430
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)NAVIENT                            (d)Quantum3 Group LLC as agent for    (d)Quantum3 Group LLC as agent for
BANKRUPTCY NOTICING                   MOMA Funding LLC                      Sadino Funding LLC
PO BOX 9500                           PO Box 788                            PO Box 788
Wilkes Barre, PA  18773-9500          Kirkland, WA 98083-0788               Kirkland, WA 98083-0788
```

```
End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39
```