7611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-02940-ESL |
| CRUZ ALBERT SANTANA OTERO<br>GLORIBEL HERNANDEZ MOJICA<br>                           Debtor(s) | CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO<br>    Movant(s) | INDEX |
| CRUZ ALBERT SANTANA OTERO<br>GLORIBEL HERNANDEZ MOJICA<br>    Respondent(s) | |

## MOTION FOR SCHEDULING OF FINAL HEARING

**TO THE HONORABLE COURT:**

Comes now, BANCO POPULAR DE PUERTO RICO ("BPPR"), through its undersigned counsel and very respectfully states and prays:

1. Dated August 12, 2019, BPPR filed its Motion For Relief of Automatic Stay ("BPPR's Motion"). (Docket No. 24.)

2. The Preliminary Hearing on BPPR's Motion is scheduled for September 10, 2019, at 9:00 a.m.

3. On August 13, 2019, Debtors filed their Response to BPPR's Motion, sustaining that they will provide adequate protection to BPPR, by seeking a loan modification alternative, through the loss mitigation program established by BPPR. (Docket No. 29.)

4. In view of the above stated, BPPR requests that a Final Hearing be scheduled in this case.

5. The 30 day determination period is hereby waived.

CASE NO.19-02940-ESL -2-

WHEREFORE, it is respectfully prayed that this Court takes notice of the above stated and schedules a Final Hearing within the next 60 days.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants including but not limited to: Monsita Lecaroz Arribas, Esq., ustpregion21.hr.ecf@usdoj.gov, José Ramón Carrión Morales, Esq., Chapter 13 Trustee, newecfmail@ch13-pr.com, and Roberto Figueroa Carrasquillo, Esq., Debtors' Attorney, cmecf@rfclawpr.com.

Ponce, Puerto Rico, this 6th day of September, 2019.

s/ Carlos G. Batista Jiménez
Carlos G. Batista-Jiménez
USDC-PR 206711
PO Box 331150
Ponce, Puerto Rico 00733-1150
Tel. (787) 843-3404 (787) 840-7435
Fax (787) 843-3431
Email: lcdobatista@frauyasoc.com